UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN KOBECK,
*on behalf of himself,*
*FLSA Collective Plaintiffs, and Class Members,*           16-CV-8770 (VB)

                                *Plaintiff,*
         -against-                                                              **NOTICE OF**
                                                        **ACCEPTANCE OF**
ARMONK BRISTAL LLC, *et al.,*                                         **OFFER OF JUDGMENT**

                                *Defendants.*
------------------------------------------------------------------X

        Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, opt-in Plaintiff NANCY S. NSHIEWAT hereby accepts and provides notice that she has accepted Defendant's Offer of Judgment to Plaintiff and Opt-in Plaintiffs dated August 22, 2017 and annexed hereto as Exhibit "A."

Dated: New York, New York
          September 18, 2017

                                                    Respectfully submitted,

                              By: _____
                                  C.K. Lee, Esq.
                                LEE LITIGATION GROUP, PLLC
                                *Attorneys for Plaintiffs, FLSA Collective*
                                *Plaintiffs, and the Class*
                                30 East 39th Street, 2nd Floor
                                New York, New York 10016
                                Telephone: (212) 465-1188
                                Facsimile: (212) 465-1181

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JOHN KOBECK, *on behalf of himself, FLSA Collective Plaintiffs, and Class Members*,

                       Plaintiff,

    -against-

ARMONK BRISTAL LLC, ARMONK SENIOR CARE LLC, WOODCLIFF LAKE SENIOR CARE, LLC, WOODCLIFF LAKE BRISTAL LLC, SAYVILLE BRISTAL LLC, WESTBURY SENIOR LIVING INC., LYNBROOK SENIOR CARE, LLC, EB AT HOLTSVILLE, LLC, LAKE GROVE SENIOR CARE LLC, EB CARE AT LAKE SUCCESS LLC, EB CARE AT WEST BABYLON LLC, ENGEL BURMAN AT JERICHO, LLC, ENGEL BURMAN AT ENGLEWOOD LLC, ENGEL BURMAN AT WAYNE LLC, ULTIMATE CARE ASSISTED LIVING MANAGEMENT LLC, JAN BURMAN, STEVEN KRIEGER, MARYELLEN MCKEON, LAURIE MUSTO, LORI MALONEY, and SAMANTHA KRIEGER,

                       Defendants.
-----------------------------------------------------------------------X

Case No. 7:16-cv-08770 (VB)

**OFFER OF JUDGMENT**

Defendant ULTIMATE CARE ASSISTED LIVING MANAGEMENT, LLC by and through its attorneys, Kaufman Dolowich & Voluck, LLP, offers to allow judgment to be taken against it by Plaintiff NANCY NSHIEWAT ("Plaintiff") for Three Thousand Six Hundred Sixteen Dollars and Nine Cents ($3,616.09), inclusive of all claims for attorneys' fees and costs.

This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, including, but not limited to, compensatory damages, liquidated damages, civil penalties, interest, and attorneys fees, arising out of the alleged acts or omissions of Defendants ARMONK BRISTAL LLC, ARMONK SENIOR CARE LLC, WOODCLIFF LAKE SENIOR CARE, LLC, WOODCLIFF LAKE

BRISTAL LLC, SAYVILLE BRISTAL LLC, WESTBURY SENIOR LIVING INC., LYNBROOK SENIOR CARE, LLC, EB AT HOLTSVILLE, LLC, LAKE GROVE SENIOR CARE LLC, EB CARE AT LAKE SUCCESS LLC, EB CARE AT WEST BABYLON LLC, ENGEL BURMAN AT JERICHO, LLC, ENGEL BURMAN AT ENGLEWOOD LLC, ENGEL BURMAN AT WAYNE LLC, ULTIMATE CARE ASSISTED LIVING MANAGEMENT LLC, JAN BURMAN, STEVEN KRIEGER, MARYELLEN MCKEON, LAURIE MUSTO, LORI MALONEY, and/or SAMANTHA KRIEGER (collectively "Defendants") in connection with the facts and circumstances that are the subject of this action. This offer includes all costs and attorney's fees.

Acceptance of this offer of judgment will act to release and discharge Defendants; their successors or assigns; and all past and present officers, shareholders, employees, insurers, representatives and agents from any and all claims that were or could have been alleged by Plaintiff in the above-referenced action including, but not limited to, all claims arising under the Fair Labor Standards Act, New York Labor Law, and New Jersey Wage and Hour Law. Furthermore, as this offer is inclusive of costs and attorney's fees, acceptance of this offer shall resolve any and all claims for costs and attorney's fees by Plaintiff.

This offer is made pursuant to Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by Defendants nor is it an admission that Plaintiff has suffered any damages. If this offer is not accepted within fourteen (14) days after it is served, it shall be deemed withdrawn.

Dated: Woodbury, New York
August 22, 2017

                                     **KAUFMAN DOLOWICH & VOLUCK, LLP**

By: _____
      Keith Gutstein, Esq.
      Matthew E. Cohen, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Phone: (516) 681-1100
Fax: (516) 681-1101
kgutstein@kdvlaw.com
mcohen@kdvlaw.com
*Attorneys for Defendants*

To: C.K. Lee, Esq.
     Taimur Alamgir, Esq.
     Lee Litigation Group, PLLC
     30 East 39th Street, Second Floor
     New York, New York 10016
     cklee@leelitigation.com
     taimur@leelitigation.com
     *Attorneys for Plaintiff*

4815-7108-5133, v. 2